UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DELBERT R. MOLEBASH,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

Case No. 2:16-cv-869
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Chelsey M. Vascura

## ORDER

On August 14, 2017, the United States Magistrate Judge issued a Report and Recommendation [ECF No. 24] recommending that the Court reverse the Commissioner of Social Security's non-disability finding and remand the case to the Commissioner and the Administrative Law Judge ("ALJ") under Sentence Four of 42 U.S.C. § 405(g). The Report and Recommendation advised the parties that failure to object within fourteen (14) days would result in a waiver of review. The time period for objections has run, and no party has objected. Accordingly, the Report and Recommendation [ECF No. 24] is **ADOPTED** and **AFFIRMED**. The Commissioner's non-disability finding is **REVERSED**, and this case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g).

**IT IS SO ORDERED.**

8-29-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**